IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER LUCCHESI, | : | |
|         Plaintiff, | : | |
|    v. | : | CIVIL ACTION |
| | : | NO. 15-6114 |
| BRUCE JOHNSON, JR. and | : | |
| ALL CHEMICAL TRANSPORT CORP., | : | |
|         Defendants. | : | |

## **ORDER**

AND NOW, this 21st day of December, 2015, upon consideration of Defendants' Motion to Dismiss and Memorandum of Law in Support thereof, (Dkt No. 3), and Plaintiff's Response and Memorandum of Law in Opposition thereto, (Dkt No. 7), it is hereby ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART:

1. Defendants' Motion is GRANTED insofar as Count III of the Complaint is DISMISSED WITH PREJUDICE;

2. Defendants' Motion is DENIED insofar as Plaintiff's claims for punitive damages under Count I and Count II remain pending.

                        BY THE COURT:

                        /s/ C. Darnell Jones, II

                        _____

                        C. Darnell Jones, II    J.